UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Reese, et al.

Plaintiff

VS.

BATFE, et al.

Defendant

Case No. 6:20-cv-01438

Judge Robert R Summerhays

Magistrate Judge Carol B Whitehurst

**ORDER**

IT IS ORDERED that Adam Kraut be and is hereby admitted to the bar of this Court pro hac vice on behalf of all Plaintiffs in the above described action.

SO ORDERED on this, the 9th day of December, 2020 at Lafayette, Louisiana.

*[signature]*

U.S. Magistrate Judge