# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*,  )<br>)<br>    Plaintiffs,  )<br>)<br>v.   )<br>)<br>BUREAU OF ALCOHOL, TOBACCO,  )<br>FIREARMS AND EXPLOSIVES *et al.*,  )<br>)<br>    Defendants.  )<br>_____)  | Civil Action No. 6:20-cv-01438 |

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Defendants hereby move to exceed this Court's page-limit requirement with respect to their forthcoming response to Plaintiffs' complaint. Defendants' response will not exceed 35 pages. In support of this motion, Defendants, through undersigned counsel, state the following:

1. Defendants' response to Plaintiffs' complaint is due April 15, 2021.

2. The response will be a combined motion pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56.

3. Defendants have not previously requested an enlargement of the page limits.

4. Plaintiffs do not oppose the requested relief.

For the foregoing reasons, Defendants respectfully request that their unopposed motion to exceed page limits be granted. In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: April 14, 2021                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

   /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion.  Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion, provided that Defendants would not oppose a similar page extension motion if requested by Plaintiffs.

   /s/ *Daniel Riess*