# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | ) |
| | ) Civil Action No. 6:20-cv-01438 |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) |
| **FIREARMS AND EXPLOSIVES** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 56, Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); Regina Lombardo, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, in her official capacity; and Merrick B. Garland,[1] Attorney General of the United States, in his official capacity, respectfully move this Court to dismiss Plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim on which relief can be granted, or to enter summary judgment for Defendants. In accordance with the Court's Local Rules, this motion is accompanied by a memorandum consisting of a concise statement of reasons in support of the motion and citations of the authorities on which Defendants rely, and a statement of undisputed material facts.

Dated: April 15, 2021                        Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Acting Assistant Attorney General

                                                        LESLEY FARBY
                                                        Assistant Branch Director

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Merrick B. Garland is automatically substituted for his predecessor, William P. Barr, Attorney General of the United States.

1

  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

2