# EXHIBIT 2

**Earliest Age-Based State Restrictions on the Use or Purchase of Handguns**

| State | Year[1] | Statutory Text | Source | Right to Bear Arms Provision When Enacted[2] |
|---|---|---|---|---|
| Alabama | 1856 | Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened, That any one who shall sell or give or lend, to any male minor, a bowie knife, or knife or instrument of the like kind or description, by whatever name called, or air gun or pistol, shall, on conviction be fined not less than three hundred, nor more than one thousand dollars. | An Act to Amend the Criminal Law, Feb. 2, 1856, *in* ACTS OF THE FIFTH BIENNIAL SESSION OF THE GENERAL ASSEMBLY OF ALABAMA 17 (1856) | "That every citizen has a right to bear arms in defense of himself and the state." ALA. CONST. art. I, § 27 (adopted 1819). |
| California | 1923 | Section 5. Except as otherwise provided in this act, it shall be unlawful for any person within this state to carry concealed upon his person or within any vehicle which is under his control or direction any pistol, revolver or other firearm capable of being concealed upon the person without having a license to carry such firearm as hereinafter provided in section eight hereof. Any person who violates the provisions of this section shall be guilty of a misdemeanor, and if he has been convicted previously of any felony, or of any crime made punishable by this act, he is guilty of a felony.<br><br>This section shall not be construed to prohibit any citizen of the United States, over the age of eighteen years, who resides or is temporarily sojourning within this state, and who is not within the excepted classes prescribed by section two hereof, from owning, possessing or keeping within his place of residence or place of business any pistol, revolver or other firearm capable of being concealed upon the person, and no permit or license to purchase, own, possess or keep any such firearm at his place of residence or place of business shall be required of any such citizen. | An act to control and regulate the possession, sale and use of pistols, revolvers and other firearms capable of being concealed upon the person. . . , June 13, 1923, *in* STATUTES OF CALIFORNIA, 45TH REGULAR SESSION 695, 697 (1923) | None |

---

[1] The year of enactment has been provided wherever known. If the year of enactment is unknown, the date provided is year of first codification, and is asterisked.

[2] See Eugene Volokh, *State Constitutional Rights to Keep and Bear Arms*, 11 TEXAS REV. OF LAW & POLITICS 191, 193-204 (2006).

| | | | | |
|---|---|---|---|---|
| Colorado | 1993 | Except as provided in this section, it is unlawful for any person who has not attained the age of eighteen years knowingly to have any handgun in such person's possession. | An Act concerning the commission of criminal acts by juveniles, and making an appropriation in connection therewith, Sept. 13, 1993, in LAWS PASSED AT THE FIRST EXTRAORDINARY SESSION OF THE FIFTY-NINTH GENERAL ASSEMBLY OF THE STATE OF COLORADO 1, 2 (1993) | "The right of no person to keep and bear arms in defense of his home, person and property, or in aid of the civil power when thereto legally summoned, shall be called in question; but nothing herein contained shall be construed to justify the practice of carrying concealed weapons." COLO. CONST. art. I, § 13 (adopted 1876). |
| Connecticut | 1923 | Section 8. No person shall make any false statement or give any false information connected with any purchase, sale or delivery of any pistol or revolver, and no person shall sell, barter, hire, lend, give or deliver to any minor under the age of eighteen years any pistol or revolver. | An Act concerning the possession, sale and use of pistols and revolvers, June 2, 1923, in PUBLIC ACTS PASSED BY THE GENERAL ASSEMBLY OF THE STATE OF CONNECTICUT 3707, 3709 (1923) | "Every citizen has a right to bear arms in defence of himself and the state." CONN. CONST. art. I, § 15 (adopted 1818). |
| District of Columbia | 1892 | Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall not be lawful for any person or persons within the District of Columbia, to have concealed about their person any deadly or dangerous weapons, such as daggers, air-guns, pistols, bowie-knives, dirk knives or dirks, blackjacks, razors, razor blades, sword canes, slung shot, brass or other metal knuckles. . . .<br><br>Section 5. That any person or persons who shall, within the District of Columbia, sell, barter, hire, lend, or give to any minor under the age of twenty-one years any such weapon as hereinbefore described shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, pay a fine or penalty of not less than twenty dollars nor more than one hundred dollars, or be imprisoned in the jail of the District of Columbia not more than three months. . . . | An Act to punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes, 27 Stat. 116-17 (1892) | "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." U.S. CONST. amend. II (1791). |

| Georgia | 1876 | If any person shall knowingly sell or furnish any minor with a pistol, dirk, bowie-knife, or sword-cane, he shall be guilty of a misdemeanor. Nothing herein contained shall be construed as forbidding the furnishing of such weapons under circumstances justifying the justifying their use in defending life, limb or property. | Acts 1876, p. 112, *in* 3 THE CODE OF THE STATE OF GEORGIA 106 (1896) | "A well-regulated militia being necessary to the security of a free people, the right of the people to keep and bear arms shall not be infringed; but the general assembly shall have power to prescribe by law the manner in which arms may be borne." GA. CONST. of 1868, art. I, § 14. |
|---|---|---|---|---|
| Hawaii | 1988 | Where the urgency or the need has been sufficiently indicated, the respective chief of police may grant to an applicant of good moral character who is a citizen of the United States of the age of twenty years or more, is engaged in the protection of life and property, and is not prohibited under section 134-7 from the ownership or possession of a firearm, a license to carry a pistol or revolver and ammunition therefor unconcealed on the person within the county where the license is granted.  Unless renewed, the license shall expire one year from the date of issue. | A Bill for an Act Relating to Firearms and Ammunition, § 134-9(a), *in* SESSION LAWS OF HAWAII PASSED BY THE FOURTEENTH STATE LEGISLATURE 510, 515 (1988) | "A well regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms shall not be infringed." HAW. CONST. art. I, § 17 (adopted 1959). |

| | | | | |
|---|---|---|---|---|
| Idaho | 1909 | If any person, (excepting officials of a county, officials of the State of Idaho, officials of the United States, peace officers, guards of any jail, any officer of any express company on duty), shall carry concealed upon or about his person any dirk, dirk knife, bowie knife, dagger, slung shot, pistol, revolver, gun or any other deadly or dangerous weapon within the limits or confines of any city, town, or village, or in any public assembly, or in any mining, lumbering, logging, railroad, or other construction camp within the State of Idaho, or shall, in the presence of one or more persons, exhibit any deadly or dangerous weapon in a rude, angry, or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated, or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor under the age of sixteen (16) years any such weapon, without the consent of the parent or guardian of such minor, he shall upon conviction, be punished by a fine of not less than twenty-five dollars ($25.00) nor more than two hundred dollars ($200.00), or by imprisonment in the county jail for a period of not less than twenty (20) nor more than sixty (60) days, or by both such fine and imprisonment: *Provided, however,* that it shall be a good defense to the charge of carrying such concealed weapons if the defendant shall show that he has been threatened with great bodily harm, or had good reason to carry the same in the necessary defense of his person, family, home or property. | An Act to regulate the use and carrying of concealed deadly weapons and to regulate the sale or delivery of deadly weapons to minors under the age of sixteen years, Feb. 17, 1909, *in* GENERAL LAWS OF THE STATE OF IDAHO PASSED AT THE TENTH SESSION OF THE STATE LEGISLATURE 6 (1909) | "The people have the right to bear arms for their security and defence; but the Legislature shall regulate the exercise of this right by law." IDAHO CONST. of 1889, art. I, § 11 (1889). |
| Illinois | 1881 | Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this State, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars, nor more than two hundred dollars. | An Act to regulate the traffic in deadly weapons and to prevent the sale of them to minors, § 2, Laws 1881, p. 73, *in* GEORGE W. COTHRAN, ed., THE REVISED STATUTES OF THE STATE OF ILLINOIS 540b (1881) | None |

4

| | | | | |
|---|---|---|---|---|
| Indiana | 1875 | It shall be unlawful for any person to sell, barter, or give to any other person under the age of twenty-one years any pistol, dirk, or bowie-knife, slung-shot, knucks, or other deadly weapon that can be worn or carried concealed upon or about the person; or to sell, barter, or give to any person under the age of twenty-one years any cartridges manufactured and designed for use in a pistol. | Laws 1875, p. 59, Aug. 24, 1875, *in* JAMES S. FRAZER ET AL., EDS.,THE REVISED STATUTES OF INDIANA 372 (1881) | "The people shall have a right to bear arms, for the defense of themselves and the State." IND. CONST. art. I, § 32 (adopted 1851). |
| Iowa | 1884 | Be it enacted by the General Assembly of the State of Iowa, That it shall be unlawful for any person to knowingly sell, present or give any pistol, revolver or toy pistol to any minor. | An Act to prohibit the selling or giving of fire arms to minors, April 3, 1884, *in* LEGISLATIVE DOCUMENTS SUBMITTED TO THE TWENTY-FIRST GENERAL ASSEMBLY OF IOWA 207 (1886) | None |
| Kansas | 1883 | Any person who shall sell, trade, give, loan or otherwise furnish any pistol, revolver or toy pistol, by which cartridges or caps may be exploded, or any dirk, bowie knife, brass knuckles, slung shot, or any other dangerous weapons to any minor, or to any person of notoriously unsound mind, shall be deemed guilty of a misdemeanor, and shall, upon conviction before any court of competent jurisdiction, be fined not less than five nor more than one hundred dollars. | Laws 1883, ch. 105, § 2, in 1 IRWIN TAYLOR, ED., GENERAL STATUTES OF KANSAS 738-39 (1889) | "The people have the right to bear arms for their defense and security; but standing armies, in time of peace, are dangerous to liberty, and shall not be tolerated, and the military shall be in strict subordination to the civil power." KAN. CONST. bill of rights, § 4 (adopted 1859). |
| Kentucky | 1873* | If any person shall carry concealed a deadly weapon upon or about his person other than an ordinary pocket knife, or shall sell a deadly weapon to a minor other than an ordinary pocket knife, such person shall, upon indictment and conviction, be fined not less than twenty-five nor more than one hundred dollars, and imprisoned in the county jail for not less than ten nor more than thirty days, in the discretion of the court or jury trying the case. | EDWARD I. BULLOCK & WILLIAM JOHNSON, EDS., THE GENERAL STATUTES OF THE COMMONWEALTH OF KENTUCKY 359 (1873) | "That the rights of the citizens to bear arms in defence of themselves and the State shall not be questioned; but the general assembly may pass laws to prevent persons from carrying concealed arms." KY. CONST. of 1850, art. XIII, § 25. |

| State | Year | Statute | Citation | Constitutional Provision |
|---|---|---|---|---|
| Louisiana | 1890 | Hereafter, it shall be unlawful for any person to sell, or lease or give, through himself or any other person, any pistol, dirk, bowie-knife, or any other dangerous weapon, which may be carried concealed, to any person under the age of twenty-one years. | Acts 1890, No. 46, § 1, *in* BENJAMIN WALL DART, ED., CODE OF CRIMINAL PROCEDURE AND CRIMINAL STATUTES OF THE STATE OF LOUISIANA 496 (1932) | "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be abridged. This shall not prevent the passage of laws to punish those who carry weapons concealed." LA. CONST. of 1879, art. 3. |
| Maryland | 1882 | It shall be unlawful for any person, be he licensed dealer or not, to sell, barter or give away any firearms whatsoever, or other deadly weapons, except shot guns, fowling pieces and rifles, to any minor under the age of twenty-one years.  Any person violating this section shall on conviction thereof pay a fine of not less than fifty nor more than two hundred dollars, together with costs of prosecution; and upon failure to pay said fine and costs shall be committed to jail and confined therein until such fine and costs are paid, or for the period of sixty days, whichever shall first occur. | Acts 1882, ch. 424, § 2, *in* JOHN PRENTISS POE, ED., 1 THE MARYLAND CODE 676 (1903) | None |
| Mississippi | 1880* | It shall not be lawful for any person to sell to any minor or person intoxicated, knowing him to be a minor or in a state of intoxication, any weapon of the kind or description in the foregoing section described [any bowie knife, pistol, brass or metallic knuckles, slung-shot, or other deadly weapon of like kind or description], or any pistol cartridge, and, on conviction he shall be punished by a fine not exceeding two hundred dollars, and if the fine and costs are not paid, be condemned to hard labor under the direction of the board of supervisors of the court, not exceeding six months. | J.A.P. CAMPBELL, ED., REVISED CODE OF THE STATUTE LAWS OF THE STATE OF MISSISSIPPI § 2986, at 776 (1880) | "All persons shall have a right to keep and bear arms for their defence." MISS. CONST. of 1868, art. I, § 15. |

| | | | | |
|---|---|---|---|---|
| Missouri | 1879 | If any person shall carry concealed, upon or about his person, any deadly or dangerous weapon, or shall go into any church or place where people have assembled for religious worship, or into any school room or place where people are assembled for educational, literary or social purposes, or to any election precinct, on any election day, or into any court room during the sitting of court, or into any other public assemblage of persons met for any lawful purpose other than for militia drill or meetings called under the militia law of this state, having upon or about his person any kind of firearms, bowie-knife, dirk, dagger, slung-shot, or other deadly weapon, or shall, in the presence of one or more persons, exhibit any such weapon in a rude, angry or threatening manner, or shall have or carry any such weapon upon or about his person when intoxicated or under the influence of intoxicating drinks, or shall, directly or indirectly, sell or deliver, loan or barter to any minor any such weapon, without the consent of the parent or guardian of such minor, he shall, upon conviction, be punished by a fine of not less than five nor more than one hundred dollars, or by imprisonment in the county jail not exceeding three months, or by both such fine and imprisonment. | JOHN A. HOCKADAY ET AL., EDS., 1 THE REVISED STATUTES OF THE STATE OF MISSOURI 224 (1879) | "That the people have the right peaceably to assemble for their common good, and to apply to those vested with the powers of government for redress of grievances, by petition or remonstrance; and that their right to bear arms in defence of themselves and of the lawful authority of the State cannot be questioned." MO. CONST. of 1865, art. I, § 8. |
| Nebraska | 1977 | (1) Any person under the age of eighteen years who possesses a pistol, revolver, or any other form of short-barreled hand firearm commits the offense of unlawful possession of a revolver.<br><br>(2) The provisions of this section shall not apply to the issuance of such firearms to the armed forces of the United States, active or reserve, National Guard of this state, or Reserve Officers Training Corps, when on duty or training, or to the temporary loan of pistols, revolvers, or any other form of short-barreled firearms for instruction under the immediate supervision of a parent or guardian or adult instructor.<br><br>(3) Unlawful possession of a revolver is a Class III misdemeanor. | An Act to adopt the Nebraska Criminal Code, Legis. Bill 38, § 236, in VINCENT D. BROWN, ED., LAWS PASSED BY THE LEGISLATURE OF THE STATE OF NEBRASKA, EIGHTY FIFTH LEGISLATURE, FIRST SESSION 88, 195 (1977) | None (adopted provision in 1988) |

| | | | | |
|---|---|---|---|---|
| Nevada | 1881 [1885] | Section 1.  Every person under the age of eighteen (18) years who shall wear or carry any dirk, pistol, sword in case, slung shot, or other dangerous and deadly weapon concealed upon his person shall be deemed guilty of a misdemeanor, and shall, upon conviction thereof, be fined not less than twenty nor more than two hundred ($200) dollars, or by imprisonment in the County Jail not less than thirty days nor more than six months, or by both such fine and imprisonment.<br><br>[1885 act substituted "twenty-one (21)" for "eighteen (18)," without any other change] | An Act to prohibit the carrying of concealed weapons by minors, March 4, 1881, *in* STATUTES OF THE STATE OF NEVADA 143-44 (1881); An Act to amend an act entitled "An Act to prohibit the carrying of concealed weapons by minors, March 2, 1885, *in* STATUTES OF THE STATE OF NEVADA 51 (1885) | None (adopted provision in 1982) |
| New Hampshire | 1923 | Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of twenty-one years any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred dollars or be imprisoned not more than three months, or both.  This section shall not apply to fathers, mothers, guardians, administrators, or executors who give to their children, wards, or to heirs to an estate, a revolver. | An Act to control the possession, sale, and use of pistols and revolvers, § 7, May 4, 1923, *in* LAWS OF THE STATE OF NEW HAMPSHIRE 138, 139 (1923) | None (adopted provision in 1982) |

| | | | | |
|---|---|---|---|---|
| North Carolina | 1893 | If any person shall knowingly sell or offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie-knife, dirk, loaded cane, or sling-shot, he shall be guilty of a misdemeanor. | Acts 1893, ch. 514, in HARRY B. SKILLMAN, ED., JEROME'S CRIMINAL CODE AND DIGEST OF NORTH CAROLINA 1070 (5th ed. 1934) | "A well-regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and as standing armies in time of peace are dangerous to liberty, they ought not to be kept up, and the military should be kept under strict subordination to and governed by the civil power.  Nothing herein contained shall justify the practice of carrying concealed weapons, or prevent the legislature from enacting penal statutes against said practice." N.C. CONST. of 1876, art. I, § 24. |
| North Dakota | 1985 | A person under the age of eighteen years may not possess a handgun except that such a person, while under the direct supervision of an adult, may possess a handgun for the purposes of firearm safety training, target shooting, or hunting. | An Act to create and enact chapters 62.1-01, 62.1-02, 62.1-03, 62.1-04, and 62.1-05 of the North Dakota Century Code, relating to the possession, sale, and use of weapons, ch. 683, H.B. No. 1069, in 2 LAWS PASSED AT THE FORTY-NINTH SESSION OF THE LEGISLATIVE ASSEMBLY OF THE STATE OF NORTH DAKOTA 2226, 2230 (1985) | "All individuals are by nature equally free and independent and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing and protecting property and reputation; pursuing and obtaining safety and happiness; and to keep and bear arms for the defense of their person, family, property, and the state, and for lawful hunting, recreational, and other lawful purposes, which shall not be infringed." N.D. CONST. art. I, § 1 (adopted 1985). |

| State | Year | Statute | Citation | Constitutional Provision |
|---|---|---|---|---|
| South Carolina | 1923 | If any person shall knowingly sell, offer for sale, give or in any way dispose of to a minor any pistol or pistol cartridge, brass knucks, bowie knife, dirk, loaded cane or sling shot, he shall be guilty of a misdemeanor. Any person being the parent or guardian of or attending in *loco parentis* to any child under the age of twelve years who shall knowingly permit such child to have the possession or custody of, or use in any manner whatever any gun, pistol, or other dangerous firearm, whether such firearm be loaded or unloaded, or any person who shall knowingly furnish such child any firearm, shall be guilty of a misdemeanor and, upon conviction, shall be fined not exceeding Fifty Dollars or imprisoned not exceeding thirty days. | An Act to enlarge and define the duties and powers of the probate court in relation to minors in counties having a population according to the census of 1920, of between 90,000 and 100,000 and regulating the procedure thereof, No. 148, § 19, *in* ACTS AND JOINT RESOLUTIONS OF THE GENERAL ASSEMBLY OF THE STATE OF SOUTH CAROLINA 207, 221 (1923) | "A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed. As, in times of peace, armies are dangerous to liberty, they shall not be maintained without the consent of the General Assembly. The military power of the State shall always be held in subordination to the civil authority and be governed by it." S.C. CONST. art. I, § 20 (adopted 1895). |
| Tennessee | 1856 | Any person who sells, loans, or gives to any minor a pistol, bowie knife, dirk, Arkansas toothpick, hunter's knife, or like dangerous weapon, except a gun for hunting or weapon for defense in traveling, is guilty of a misdemeanor, and shall be fined not less than twenty-five dollars and be imprisoned in the county jail, at the discretion of the court. | Acts of 1855-56, ch. 81, § 2, *in* 5 ROBERT T. SHANNON, ED., A COMPILATION OF THE TENNESSEE STATUTES 6154 (1918) | "That the free white men of this State have a right to keep and to bear arms for their common defence." TENN. CONST. of 1834, art. I, § 26. |
| Texas | 1897 | If any person in this State shall knowingly sell, give or barter, or cause to be sold, given or bartered to any minor, any pistol, dirk, dagger, slung shot, sword-cane, spear, or knuckles made of any metal or hard substance, bowie knife or any other knife manufactured for the purpose of offense or defense, without the written consent of the parent or guardian of such minor, or of some one standing in lieu thereof, he shall be punished by fine of not less than twenty-five dollars nor more than two hundred dollars, or by imprisonment in the county jail not less than ten nor more than thirty days, or by both such fine and imprisonment. | Acts of 1897, p. 221, *in* 2 E.T. BRANCH, BRANCH'S ANNOTATED PENAL CODE OF THE STATE OF TEXAS 979 (1916) | "Every citizen shall have the right to keep and bear arms in the lawful defense of himself or the State; but the Legislature shall have power, by law, to regulate the wearing of arms, with a view to prevent crime." TEX. CONST. art. I, § 23 (adopted 1876). |
| Virginia | 1889 | Be it enacted by the general assembly of Virginia, That, if any person sell, barter, give or furnish or cause to be sold, bartered, given, or furnished to any minor under sixteen years of age cigarettes, or pistols, or dirks, or bowie-knives, having good cause to believe him or her to be a minor under sixteen years of age, said person shall be fined not less than ten nor more than one hundred dollars.<br><br>This act shall be in force from its passage. | An Act to prevent selling or furnishing cigarettes or tobacco in any form, or pistols, dirks, or bowie-knives to minors under sixteen years of age, ch. 152, Feb. 28, 1889, *in* ACTS AND JOINT RESOLUTIONS PASSED BY THE GENERAL ASSEMBLY OF THE STATE OF VIRGINIA 118 (1890). | None |

| | | | | |
|---|---|---|---|---|
| Washington | 1883 | It shall be unlawful for any person or persons to sell or offer for sale any toy pistols within this state, and every person who shall sell, give, furnish, or cause to be furnished, to any person under the age of sixteen years, any pistol, toy pistol, or other pocket weapon in which explosives may be used, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than five nor more than twenty-five dollars. | Act of Nov. 26, 1883, § 1, *in* 2 WILLIAM LAIR HILL, ED., THE GENERAL STATUTES AND CODES OF THE STATE OF WASHINGTON 698 (1891) | None (adopted provision in 1889) |
| West Virginia | 1882 | If a person carry about his person any revolver or other pistol, dirk, bowie knife, razor, slung shot, billy, metallic or other false knuckles, or any other dangerous or deadly weapon of like kind or character, he shall be guilty of a misdemeanor, and fined not less than twenty-five nor more than two hundred dollars, and may, at the discretion of the court, be confined in jail not less than one, nor more than twelve months; and if any person shall sell or furnish any such weapon as is hereinbefore mentioned to a person whom he knows, or has reason, from his appearance or otherwise, to believe to be under the age of twenty-one years, he shall be punished as hereinbefore provided; but nothing herein contained shall be so construed as to prevent any person from keeping or carrying about his dwelling house or premises any such revolver or other pistol, or from carrying same from the place of purchase to his dwelling-house, or from his dwelling house to any place where repairing is done, to have it repaired, and back again.  And if upon the trial of an indictment for carrying any such pistol, dirk, razor, or bowie-knife the defendant shall prove to the satisfaction of the jury that he is a quiet and peaceable citizen, of good character and standing in the community in which he lives, and at the time he was found with such pistol, dirk, razor, or bowie knife, as charged in the indictment, he had good cause to believe and did believe that he was, in danger of death or great bodily harm at the hands of another person, and that he was, in good faith, carrying such weapon for self-defense and for no other purpose, the jury shall find him not guilty. | Acts 1882, p. 421, *in* JOHN A. WARTH, ED., THE AMENDED CODE OF WEST VIRGINIA 805 (1884) | None (adopted provision in 1986) |

| Wisconsin | 1883 | It shall be unlawful for any minor, within this state, to go armed with any pistol or revolver, and it shall be the duty of all sheriffs, constables, or other public police officers, to take from any minor any pistol or revolver, found in his possession.<br><br>It shall be unlawful for any dealer in pistols or revolvers, or any other person, to sell, loan or give any pistol or revolver to any minor in this state. | Laws 1883, ch. 329, *in* A.L. SANBORN & J.R. BERRYMAN, EDS., SUPPLEMENT TO THE REVISED STATUTES OF THE STATE OF WISCONSIN 847 (1883) | None (adopted provision in 1998) |
|---|---|---|---|---|
| Wyoming | 1890 | It shall be unlawful for any person to sell, barter or give to any other person under the age of twenty-one years any pistol, dirk or bowie knife, slung-shot, knucks or other deadly weapon that can be worn or carried concealed upon or about the person, or to sell, barter or give to any person under the age of sixteen years any cartridges manufactured and designed for use in a pistol; and any person who shall violate any of the provisions of this section shall be fined in any sum not more than fifty dollars. | Session Laws of 1890, ch. 73, § 98, *in* J.A. VAN ORSDEL & FENIMORE CHATTERTON, EDS., REVISED STATUTES OF WYOMING § 5052, at 1253 (1899) | "The right of citizens to bear arms in defense of themselves and of the state shall not be denied." WYO. CONST. art. I, § 24 (adopted 1889). |