IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, ) | |
| ) | Civil Action No. 6:20-cv-01438 |
|     **Plaintiffs**, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** ) | |
| **FIREARMS AND EXPLOSIVES** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendants' unopposed motion to withdraw motion to dismiss or for summary judgment, and for extension of time, it is hereby ORDERED that Defendants' motion be, and hereby is, GRANTED. It is further ORDERED that the Clerk of Court shall TERMINATE Defendants' motion to dismiss or for summary judgment [ECF Nos. 19, 22] from the docket in this case. It is further ORDERED that Defendants shall file a response to Plaintiffs' amended complaint [ECF No. 29] on or before May 27, 2021.

  May 10, 2021  
Date

_____
Robert R. Summerhays
United States District Judge