IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, | ) |
| | ) Civil Action No. 6:20-cv-01438 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'**
**AMENDED COMPLAINT OR FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 56, Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); Regina Lombardo, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and Merrick B. Garland, Attorney General of the United States, respectfully move this Court to dismiss Plaintiffs' amended complaint for lack of subject matter jurisdiction and for failure to state a claim on which relief can be granted, or to enter summary judgment for Defendants. In accordance with the Court's Local Rules, this motion is accompanied by a memorandum consisting of a concise statement of reasons in support of the motion and citations of the authorities on which Defendants rely, and a statement of undisputed material facts.

Dated:  May 27, 2021                    Respectfully submitted,


                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        LESLEY FARBY
                                        Assistant Branch Director

1

    /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*