## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **CALEB REESE ET AL** | **CASE NO.  6:20-CV-01438** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### NOTICE OF MOTION SETTING

Please take notice that the Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss for Failure to State a Claim, Motion for Summary Judgment (Document No. 32) filed by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo on May 27, 2021 has been set before the Honorable Robert Summerhays.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty-one (21) days** from the date of this notice.  The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: June 1, 2021**

TONY R. MOORE
CLERK OF COURT