**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CALEB REESE, et al., )<br>)<br>      *Plaintiffs*, )<br>  v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, et al., )<br>)<br>      *Defendants*. )<br>) | Civil Action No.<br>6:20-cv-01438 |

## **NOTICE**

Please be advised that the law firm and contact information of counsel for *amicus* Giffords Law Center to Prevent Gun Violence has changed. The new information for counsel is as follows:

> Timothy Kappel
> WELLS & KAPPEL LLP
> 1615 Poydras Street, Suite 900
> New Orleans, Louisiana 70112
> (504) 905-2012
> tkappel@wellskappel.com

                        Respectfully submitted,

                        /s/ *Timothy R.W. Kappel*
                        Timothy R.W. Kappel (Bar No. 32881)
                        WELLS & KAPPEL LLP
                        1615 Poydras Street, Suite 900
                        New Orleans, Louisiana 70112
                        (504) 905-2012
                        tkappel@wellskappel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system of the Western District of Louisiana, which will send notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

/s/ *Timothy R.W. Kappel*