# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> *Defendants*. | Civil Action No. <br> 6:20-cv-01438 |

## ORDER GRANTING MOTION
## FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF

On June 3, 2021, Giffords Law Center to Prevent Gun Violence filed an unopposed motion for leave to file an *amicus curiae* brief in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or for Summary Judgment (ECF No. 32).

The Court GRANTS this motion and grants leave to Giffords Law Center to file an *amicus curiae* brief.

It is SO ORDERED.

Dated: __June 4__, 2021

Hon. Robert R. Summerhays
United States District Judge