IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE, et al.,** | : |
| Plaintiffs, | : |
| v. | :Civil Action No.-6:20-CV-01438 |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,** | : |
| Defendants. | : |

**PLAINTIFF JOSEPH GRANICH'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS ALL CLAIMS *WITHOUT PREJUDICE* PURSUANT TO F.R.C.P. 41(a)(2)**

Plaintiff Joseph Granich, by and through his counsel, moves this Honorable Court to dismiss all of his claims against all Defendants *without prejudice* pursuant to F.R.C.P. (a)(2). The undersigned certifies that Attorney Adam Kraut inquired with Defendants' counsel and they do not oppose this motion.

Dated: June 10, 2021

Respectfully submitted,

/s/ George J. Armbruster III
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com

Adam Kraut
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 476-2342
E: akraut@fpclaw.org

Attorneys for the Plaintiffs