# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE, et al.,** | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No.-6:20-CV-01438 |
| v. | : |
| | : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,** | : |
| | : |
| Defendants. | : |

## ORDER

Upon consideration of Plaintiff Granich's unopposed motion to voluntarily withdraw his claims against all Defendants pursuant to F.R.C.P. 41(a)(2), **IT IS ORDERED** that Plaintiff Granich's claims against Defendants are hereby **DISMISSED** without prejudice.

Dated: June 14, 2021

_____
Honorable Judge Robert Rees Summerhays