


# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW

Room 1225

Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## DAVID  H.  THOMPSON

was, on the ___2nd___ day of ___February___ A.D. ___1998___ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___1st___ day of ___June___

A.D. ___2021___ .

**ANGELA D. CAESAR,** Clerk of Courts



By: _Nataleo McClure_

**Deputy Clerk**