UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

| | |
|---|---|
| CALEB REESE, et al. | Case No. 6:20-cv-01438 |
| Plaintiff | |
| VS. | Judge Robert R. Summerhays |
| BUREAU OF ALOCHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al. | Magistrate Judge Carol B. Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that David H. Thompson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Reese, Naquin, Firearms Policy Coalition, Second Amendment Foundation, and Louisia in the above described action.

SO ORDERED on this, the ____ day of _____.

_____
U.S. Magistrate Judge