UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette DIVISION

CALEB REESE, et al.　　　　　　　　　　　　　　Case No. 6:20-cv-01438
　　　Plaintiff
　　　VS.　　　　　　　　　　　　　　　　　　　Judge Robert R. Summerhays
BUREAU OF ALOCHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.　　　Magistrate Judge Carol B. Whitehurst
　　　Defendant

**ORDER**

IT IS ORDERED that William V. Bergstrom be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Reese, Naquin, Firearms Policy Coalition, Second Amendment Foundation, and Louisia in the above described action.

SO ORDERED on this, the 15th day of June, 2021 in Lafayette, Louisiana

*[signature]*

U.S. Magistrate Judge