UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette DIVISION

CALEB REESE, et al.
Plaintiff

VS.

BUREAU OF ALOCHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.
Defendant

Case No. 6:20-cv-01438

Judge Robert R. Summerhays

Magistrate Judge Carol B. Whitehurst

**ORDER**

IT IS ORDERED that Peter A. Patterson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Reese, Naquin, Firearms Policy Coalition, Second Amendment Foundation, and Louisia in the above described action.

SO ORDERED on this, the 15th day of June, 2021 in Lafayette, Louisiana.

U.S. Magistrate Judge