UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

Lafayette DIVISION

CALEB REESE, et al.

Plaintiff

VS.

BUREAU OF ALOCHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.

Defendant

Case No. 6:20-cv-01438

Judge Robert R. Summerhays

Magistrate Judge Carol B. Whitehurst

## ORDER

IT IS ORDERED that David H. Thompson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Reese, Naquin, Firearms Policy Coalition, Second Amendment Foundation, and Louisia in the above described action.

SO ORDERED on this, the 15th day of June, 2021 in Lafayette, Louisiana

*[signature]*

U.S. Magistrate Judge