# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 6:20-cv-01438 |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, | : |
| Defendants. | : |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 Plaintiffs respectfully move this Court to grant summary judgment in favor of Plaintiffs on Count II of Plaintiffs' First Amended Complaint. In accordance with the Court's Local Rules, this motion is accompanied by a memorandum consisting of a concise statement of reasons in support of this motion and citations of the authorities on which Plaintiffs rely, and a statement of undisputed material facts.

Dated: June 17, 2021.                                Respectfully submitted,

/s/ George J. Armbruster III                         /s/ David H. Thompson
George J. Armbruster III                             David H. Thompson
Armbruster & Associates, APLC                        Peter A. Patterson
332 E. Farrel Road, Suite D                          William V. Bergstrom
Lafayette, LA 70508                                  COOPER & KIRK, PLLC
Phone: 337-889-5511                                  1523 New Hampshire Ave., NW
Fax: 337-889-5512                                    Washington, DC 20036
Email: george@arm-assoc.com                          Telephone: (202) 220-9600
Local Counsel                                        Email: dthompson@cooperkirk.com
                                                     Admitted *Pro Hac Vice*

1

/s/ Raymond M . DiGuiseppe
Raymond M. DiGuiseppe - T.A.
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone:910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
Admitted *Pro Hac Vice*

/s/ Adam Kraut
Adam Kraut
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 476-2342
Email: akraut@fpclaw.org
Admitted *Pro Hac Vice*

/s/ Joseph Greenlee
Joseph Greenlee
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 438-9237
Email: jgr@fpclaw.org
Admitted *Pro Hac Vice*

/s/ John W. Dillon
John W. Dillon
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*