IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 6:20-cv-01438 |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, | : |
| Defendants. | : |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56.1, Plaintiffs submit this statement of undisputed material facts in support of their motion for partial summary judgment, filed concurrently:

1. Plaintiff Naquin is a resident of Louisiana, over eighteen, but younger than twenty-one years old. She has never been charged with or convicted of any offense that would prevent her from purchasing a handgun under all applicable laws. Nothing except her age prevents them from purchasing a handgun from a federal firearm licensee ("FFL"). Naquin Decl. ¶¶ 1, 3, App. 1.

2. Plaintiff Naquin is acquainted with the proper and safe handling, use, and storage of handguns and handgun ammunition. Plaintiff Naquin does not own a handgun, but she desires to purchase one for lawful purposes including self-defense. Naquin Decl. ¶¶ 4-5, App. 1.

3. Plaintiff Naquin would purchase a handgun and ammunition from a lawful dealer in her area if not for the laws and regulations at issue in this case. Naquin Decl. ¶ 5, App. 1.

4. Plaintiffs Firearm Policy Coalition, Second Amendment Foundation, and Louisiana Shooting Association (the "Organizational Plaintiffs") are nonprofit organizations dedicated to promoting the right to keep and bear arms. Their members include male and female adults between the ages of eighteen and twenty-one who would purchase handguns from FFLs if not for the laws and regulations at issue in this case. Combs Decl. ¶¶ 3-6, App. 3-4; Gottlieb Decl. ¶¶ 3-6, App. 5-6; Hunt Decl. ¶¶ 3-6, App. 7-8.

5. The Organizational Plaintiffs also count as members many FFLs who would sell handguns and handgun ammunition to adults between eighteen and twenty-one if not for the laws and regulations at issue in this case. Combs Decl. ¶ 7, App. 4; Gottlieb Decl. ¶ 7, App. 6; Hunt Decl. ¶ 7, App. 8.

6. Plaintiff Naquin is a member of all Organizational Plaintiffs. Naquin Decl. ¶ 2; Combs Decl. ¶ 8, App. 4; Gottlieb Decl. ¶ 8, App. 6; Hunt Decl. ¶ 8, App. 8.

Dated:  June 17, 2021.

Respectfully submitted,

/s/ George J. Armbruster III
George J. Armbruster III
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com
Local Counsel

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com
Admitted *Pro Hac Vice*

/s/ Raymond M . DiGuiseppe
Raymond M. DiGuiseppe - T.A.
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone:910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
Admitted *Pro Hac Vice*

/s/ Adam Kraut
Adam Kraut
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 476-2342
Email: akraut@fpclaw.org
Admitted *Pro Hac Vice*

/s/ Joseph Greenlee
Joseph Greenlee
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 438-9237
Email: jgr@fpclaw.org
Admitted *Pro Hac Vice*

/s/ John W. Dillon
John W. Dillon
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*