**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALEB REESE** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 6:20-cv-01438 |
| | : | |
| **THE BUREAU OF ALCOHOL,** | : | |
| **TOBACCO, FIREARMS AND** | : | |
| **EXPLOSIVES** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## APPENDIX TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

George J. Armbruster III
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com

Raymond M. DiGuiseppe - T.A.*
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone:910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

John W. Dillon*
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com

Adam Kraut*
Joseph Greenlee*
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 476-2342 / (916) 438-9237
Email: akraut@fpclaw.org / jgr@fpclaw.org

*Admitted Pro hac vice*

*Counsel for Plaintiffs*

## TABLE OF CONTENTS

**Page**

Declaration of Emily Naquin ....................................................................................App. 1

Declaration of Brandon Combs .................................................................................App. 3

Declaration of Alan Gottlieb.....................................................................................App. 5

Declaration of Jay D. Hunt, III .................................................................................App. 7

Ex. A - Off. of Juvenile Justice & Delinquency Programs,
  *Easy Access to NIBRS Victims: Most serious offense against victim by Sex of
  victim for all reporting states, 18 to 20*, Nat'l Center for Juvenile Just.,
  https://bit.ly/3pQFIui (last visited June 15, 2021) ......................................................App. 9

Ex. B – Off. of Juvenile Justice & Delinquency Programs,
  *Easy Access to NIBRS Victims: Most serious offense against victim by
  Victim-Offender relationship for all reporting states, 18 to 20, Female*,
  Nat'l Center for Juvenile Just., https://bit.ly/3xlIBpz (last visited June 15, 2021)...App. 11

Ex. C - Off. of Juvenile Justice & Delinquency Programs,
  *Easy Access to NIBRS Victims: Most serious offense against victim by
  Victim-Offender relationship for all reporting states, 18 to 20, Male*,
  Nat'l Center for Juvenile Just., https://bit.ly/3xlIBpz (last visited June 15, 2021)...App. 13

i

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALEB REESE** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 6:20-cv-01438 |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : | |
| **FIREARMS AND EXPLOSIVES** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

## DECLARATION OF EMILY NAQUIN

I, Emily Naquin, make the following declaration pursuant to 28 U.S.C. § 1746:

1.  I am a female citizen of Lafourche, Louisiana, over the age of eighteen and under the age of twenty-one.

2.  I am a member of the Firearms Policy Coalition, The Second Amendment Foundation, and the Louisiana Shooting Association.

3.  I have never been charged with nor convicted of any misdemeanor or felony offense. Other than my age, I am eligible to purchase and possess firearms including handguns, under all applicable state and federal laws.

4.  I am acquainted with the proper and safe handling, use, and storage of handguns and handgun ammunition.

5.  I do not own a handgun, but desire to own one for self-defense purposes. I would like to purchase a Smith and Wesson M&P Shield handgun and ammunition from a lawful retailer,

**App. 1**

and I would do so forthwith in the absence of the federal laws and regulations prohibiting me from doing so.

6. I prefer to purchase a handgun from a licensed dealer rather than buying one secondhand because I want the handgun to be new and purchased from a dealer who is licensed and regulated by the government. And while under the law someone could purchase a handgun for me as a gift, no one has done so to date and I should not have to rely on the fortuity of a gift to exercise my right to acquire a handgun.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June ___, 2021
6/16/2021

DocuSigned by:

_Emily Naquin_
88D721CF57B144D...

_____

Emily Naquin

App. 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALEB REESE** *et al.*, | **:** | |
| | **:** | |
| Plaintiffs, | **:** | |
| | **:** | |
| v. | **:** | Civil Action No. 6:20-cv-01438 |
| | **:** | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | **:** | |
| **FIREARMS AND EXPLOSIVES** *et al.*, | **:** | |
| | **:** | |
| Defendants. | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |

### DECLARATION OF BRANDON COMBS

I, Brandon Combs, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Nevada and am over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am the President of Firearms Policy Coalition, Inc. I have held this position since 2014. In this capacity, I have access to, and personal knowledge of, FPC's membership information and practices.

3. FPC is a nonprofit organization incorporated under the laws of Delaware with a place of business in Clark County, Nevada. FPC seeks to defend and promote the People's rights—including the right to keep and bear arms—advance individual liberty, and restore freedom. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

4. FPC has members both over and under the age of twenty-one. FPC has members throughout the United States, some of whom reside in western Louisiana.

1

**App. 3**

5. Plaintiffs Reese and Naquin are members of FPC.

6. FPC brings this action as a public interest organization on behalf of its individual members in Louisiana between eighteen and twenty-one, male and female, who would purchase handguns and handgun ammunition from licensed retailers if it were not for the laws at issue in this case.

7. FPC also brings this action as a public interest organization on behalf of member firearm and ammunition retailers in Louisiana who would sell handguns and handgun ammunition to their individual customers between eighteen and twenty-one years of age who are constitutionally entitled to acquire and possess firearms, male and female, but are prohibited from doing so by the laws at issue in this case.

8. The injuries suffered by these members are germane to the core purposes of FPC.

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 15, 2021

_____
Brandon Combs

**App. 4**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CALEB REESE** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   Civil Action No. 6:20-cv-01438 |
| | : |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : |
| **FIREARMS AND EXPLOSIVES** *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |
| | : |

### DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Washington and am over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am Executive Vice President for The Second Amendment Foundation (SAF). I have held this position since 1974. In this capacity, I have access to, and personal knowledge of, SAF's membership information and practices.

3. SAF is a nonprofit educational foundation incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutional right to keep and bear arms and the consequences of gun control.

4. SAF has supporters and members both over and under the age of twenty-one. SAF has supporters and members throughout the United States, some of whom reside in western Louisiana.

1

**App. 5**

5. Plaintiffs Reese and Naquin are members of SAF.

6. SAF brings this action as a public interest organization on behalf of its individual members in Louisiana between eighteen and twenty-one, male and female, who would purchase handguns and handgun ammunition from licensed dealers if it were not for the laws at issue in this case.

7. SAF also brings this action as a public interest organization on behalf of member licensed dealers in Louisiana who would sell handguns and handgun ammunition to individuals between eighteen and twenty-one lawfully entitled to possess firearms, male and female, but are prohibited from doing so by the laws at issue in this case.

8. The injuries suffered by these members are germane to the core purposes of SAF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 15, 2021

Alan Gottlieb

2

**App. 6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CALEB REESE** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 6:20-cv-01438 |
| | : |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : |
| **FIREARMS AND EXPLOSIVES** *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |
| | : |

**DECLARATION OF Jay D. Hunt, III**

I, Jay D. Hunt, III make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Louisiana and am over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am Director and Treasurer for Louisiana Shooting Association. I have held this position since 2009. In this capacity, I have access to, and personal knowledge of, LSA's membership information and practices.

3. LSA is a nonprofit membership organization founded in 1966, with a place of business in Slidell, Louisiana. LSA seeks to promote and protect firearm owners' constitutionally guaranteed right to own, bear, and use firearms for the protection of home and family, sport hunting, target shooting, and any other lawful purpose.  LSA is affiliated with the Civilian Marksmanship Program, National Rifle Association, and the National Board for the Promotion of Rifle Practice. LSA provides support, services, competition sponsorship, instruction, and other promotion and facilitation of the shooting sports. LSA encourages and promotes training

1

**App. 7**

in hunter safety, marksmanship, and junior shooting, including by adults under the age of twenty-one.

4. LSA has members both over and under the age of twenty-one throughout Louisiana, some of whom reside in western Louisiana.

5. Plaintiffs Reese and Naquin are members of LSA.

6. LSA brings this action as a public interest organization on behalf of its individual members in Louisiana between eighteen and twenty-one, male and female, who would purchase handguns and handgun ammunition from licensed dealers if it were not for the laws at issue in this case.

7. LSA also brings this action as a public interest organization on behalf of member licensed dealers in Louisiana who would sell handguns and handgun ammunition to individuals between eighteen and twenty-one lawfully entitled to possess firearms, male and female, but are prohibited from doing so by the laws at issue in this case.

8. The injuries suffered by these members are germane to the core purposes of LSA.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 15, 2021

_____
Jay D. Hunt, III

2

**App. 8**

# EXHIBIT A

# Easy Access to NIBRS Victims, 2016

**Go back to previous page**

**Selecting:**

**Age of victim**                          18 to 20

### Most serious offense against victim by Sex of victim for all reporting states

| Count | Male | Female | Unknown | Total |
|---|---|---|---|---|
| **Murder/nonnegligent mans.** | 308 | 83 | 1 | **392** |
| **Kidnapping** | 347 | 1,361 | 3 | **1,711** |
| **Rape** | 54 | 4,035 | 0 | **4,089** |
| **Sodomy** | 209 | 284 | 1 | **494** |
| **Sexual assault w/ object** | 20 | 237 | 0 | **257** |
| **Fondling** | 238 | 1,762 | 3 | **2,003** |
| **Robbery** | 5,896 | 2,785 | 11 | **8,692** |
| **Aggravated assault** | 10,130 | 8,372 | 35 | **18,537** |
| **Simple assault** | 20,070 | 38,703 | 65 | **58,838** |
| **Intimidation** | 5,086 | 10,387 | 61 | **15,534** |
| **Total** | **42,358** | **68,009** | **180** | **110,547** |

NOTE: NIBRS data capture an unknown portion of the victims of violence known to law enforcement within a State (i.e., some agencies within the State do not report their information to the FBI). As such, the data presented in this application do not represent the complete volume of violence victims known to law enforcement in each State.

Suggested Citation: Puzzanchera, C., Smith, J., and Kang, W. (2018). "Easy Access to NIBRS Victims, 2016: Victims of Violence." Available: https://www.ojjdp.gov/ojstatbb/ezanibrsdv/

**App. 10**

# EXHIBIT B

Case 6:20-cv-01438-RRS-CBW   Document 49-3   Filed 06/17/21   Page 14 of 16 PageID #: 685

# Easy Access to NIBRS Victims, 2016

**Go back to previous page**

Selecting:

| | |
|---|---|
| **Age of victim** | 18 to 20 |
| **Sex of victim** | Female |

### Most serious offense against victim by Victim-Offender relationship for all reporting states

| Count | Spouse | Parent or step-parent | Sibling or step-sibling | Child or step-child | Grandparent | Grandchild | In-law | Other family member | Boyfriend/Girlfriend | Child of boyfriend/girlfriend | Homosexual relationship | Ex-spouse | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Murder/nonnegligent mans.** | 3 | 0 | 1 | 2 | 0 | 0 | 1 | 2 | 20 | 0 | 0 | 0 | **29** |
| **Kidnapping** | 66 | 1 | 10 | 22 | 0 | 1 | 2 | 16 | 647 | 2 | 11 | 13 | **791** |
| **Rape** | 27 | 8 | 31 | 104 | 0 | 10 | 10 | 77 | 331 | 10 | 0 | 9 | **617** |
| **Sodomy** | 1 | 0 | 3 | 12 | 0 | 2 | 0 | 10 | 24 | 1 | 2 | 0 | **55** |
| **Sexual assault w/ object** | 0 | 1 | 4 | 16 | 0 | 2 | 1 | 7 | 19 | 0 | 0 | 0 | **50** |
| **Fondling** | 3 | 12 | 31 | 83 | 0 | 23 | 7 | 62 | 67 | 5 | 1 | 1 | **295** |
| **Robbery** | 2 | 0 | 7 | 2 | 0 | 0 | 0 | 13 | 157 | 2 | 3 | 5 | **191** |
| **Aggravated assault** | 205 | 6 | 333 | 266 | 0 | 9 | 8 | 179 | 2,467 | 44 | 71 | 35 | **3,623** |
| **Simple assault** | 1,395 | 65 | 2,289 | 2,210 | 1 | 116 | 94 | 1,191 | 14,914 | 226 | 461 | 220 | **23,182** |
| **Intimidation** | 186 | 20 | 278 | 310 | 0 | 14 | 32 | 350 | 2,271 | 42 | 57 | 108 | **3,668** |
| **Total** | **1,888** | **113** | **2,987** | **3,027** | **1** | **177** | **155** | **1,907** | **20,917** | **332** | **606** | **391** | **32,501** |

NOTE: NIBRS data capture an unknown portion of the domestic violence victims known to law enforcement within a State (i.e., some agencies within the State do not report their information to the FBI).

As such, the data presented in this application do not represent the complete volume of domestic violence victims known to law enforcement in each State.

Suggested Citation: Puzzanchera, C., Smith, J., and Kang, W. (2018). "Easy Access to NIBRS Victims, 2016: Victims of Domestic Violence." Available: https://www.ojjdp.gov/ojstatbb/ezanibrsdv/

**App. 12**

# EXHIBIT C

Easy Access to NIBRS Victims, 2016

Go back to previous page

Selecting:

| | |
|---|---|
| Age of victim | 18 to 20 |
| Sex of victim | Male |

### Most serious offense against victim by Victim-Offender relationship for all reporting states

| Count | Spouse | Parent or step-parent | Sibling or step-sibling | Child or step-child | Grandparent | Grandchild | In-law | Other family member | Boyfriend/Girlfriend | Child of boyfriend/girlfriend | Homosexual relationship | Ex-spouse | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Murder/nonnegligent mans. | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 3 | 2 | 0 | 1 | 0 | 11 |
| Kidnapping | 5 | 0 | 4 | 6 | 0 | 0 | 0 | 8 | 16 | 1 | 2 | 6 | 48 |
| Rape | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 10 |
| Sodomy | 0 | 1 | 3 | 4 | 0 | 0 | 0 | 11 | 0 | 0 | 6 | 1 | 26 |
| Sexual assault w/ object | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 |
| Fondling | 0 | 0 | 3 | 11 | 0 | 2 | 0 | 9 | 1 | 0 | 3 | 0 | 29 |
| Robbery | 0 | 0 | 9 | 2 | 0 | 0 | 0 | 15 | 10 | 1 | 3 | 0 | 40 |
| Aggravated assault | 24 | 25 | 345 | 287 | 1 | 11 | 23 | 200 | 347 | 29 | 42 | 5 | 1,339 |
| Simple assault | 219 | 76 | 1,602 | 1,614 | 0 | 70 | 73 | 734 | 2,573 | 94 | 160 | 25 | 7,240 |
| Intimidation | 18 | 9 | 153 | 177 | 0 | 14 | 15 | 143 | 255 | 9 | 29 | 10 | 832 |
| Total | 266 | 111 | 2,121 | 2,111 | 1 | 97 | 112 | 1,125 | 3,207 | 134 | 246 | 47 | 9,578 |

NOTE: NIBRS data capture an unknown portion of the domestic violence victims known to law enforcement within a State (i.e., some agencies within the State do not report their information to the FBI).
As such, the data presented in this application do not represent the complete volume of domestic violence victims known to law enforcement in each State.

Suggested Citation: Puzzanchera, C., Smith, J., and Kang, W. (2018). "Easy Access to NIBRS Victims, 2016: Victims of Domestic Violence." Available: https://www.ojjdp.gov/ojstatbb/ezanibrsdv/