**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALEB REESE** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 6:20-cv-01438 |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : | |
| **FIREARMS AND EXPLOSIVES** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**PLAINTIFFS' RESPONSE TO THE STATEMENT OF MATERIAL
FACTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
OR FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56.2, Plaintiffs submit this response to Defendants' statement of material facts:

1. It is undisputed that Congress Passed the Omnibus Crime Control and Safe Streets Act of 1968. The legislative history of the Act is a matter of public record, and Plaintiffs dispute this Statement to the extent it is inconsistent with that legislative history.

2. The hearings preceding the passage of the Omnibus Crime Control and Safe Streets Act are a matter of public record, and Plaintiffs dispute this Statement to the extent it is inconsistent with that legislative history.

3. Congress's findings are a matter of public record, and Plaintiffs dispute this Statement to the extent it is inconsistent with that legislative history.

4. Plaintiffs admit that this statement appears in the Congressional findings of the Omnibus Crime Control and Safe Streets Act of 1968; the statement is otherwise disputed.

5. Plaintiffs admit that the Senate Report accompanying the Omnibus Crime Control and Safe Streets Act of 1968 includes the quoted passage.

6. Caleb Reese is not a member of the U.S. National Guard or Naval Militia and is not a member of any organized national or state militia, but he is a member of the "militia" defined in *District of Columbia v. Heller*, 554 U.S. 570, 579 (2008), as comprising all able-bodied men.

7. Joseph Granich has voluntarily withdrawn his claims against all Defendants. Plaintiffs' statement regarding Granich is not relevant to any issue before the Court.

8. Emily Naquin is not a member of the U.S. National Guard or Naval Militia and is not a member of any organized national or state militia.

Dated:  June 17, 2021.                               Respectfully submitted,

/s/ George J. Armbruster III                         /s/ David H. Thompson
George J. Armbruster III                             David H. Thompson
Armbruster & Associates, APLC                        Peter A. Patterson
332 E. Farrel Road, Suite D                          William V. Bergstrom
Lafayette, LA 70508                                  COOPER & KIRK, PLLC
Phone: 337-889-5511                                  1523 New Hampshire Ave., NW
Fax: 337-889-5512                                    Washington, DC 20036
Email: george@arm-assoc.com                          Telephone: (202) 220-9600
Local Counsel                                        Email: dthompson@cooperkirk.com
                                                     Admitted *Pro Hac Vice*


                                                     /s/ Raymond M . DiGuiseppe
                                                     Raymond M. DiGuiseppe - T.A.
                                                     THE DIGUISEPPE LAW FIRM, P.C.
                                                     4320 Southport-Supply Road, Suite 300
                                                     Southport, NC 28461
                                                     Phone:910-713-8804
                                                     Fax: 910-672-7705
                                                     Email: law.rmd@gmail.com
                                                     Admitted *Pro Hac Vice*

                                                     /s/ Adam Kraut

Adam Kraut
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 476-2342
Email: akraut@fpclaw.org
Admitted *Pro Hac Vice*

/s/ Joseph Greenlee
Joseph Greenlee
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 438-9237
Email: jgr@fpclaw.org
Admitted *Pro Hac Vice*

/s/ John W. Dillon
John W. Dillon
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*