IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, ) | |
| ) | Civil Action No. 6:20-cv-01438 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE COMBINED CLOSING MERITS BRIEF**

Defendants respectfully move for an extension of time until July 16, 2021 to respond to filed a combined closing merits brief in this action. In support of this motion, Defendants, through undersigned counsel, state the following:

1. Defendants have moved to dismiss or for summary judgment [ECF No. 33]. On June 17, 2021, Plaintiffs responded with a combined opposition brief and cross-motion for partial summary judgment [ECF Nos. 49-50].

2. Pursuant to the Court's June 1, 2021 Notice of Motion Setting, a reply brief in support of Defendants' motion for summary judgment is presently due July 1, 2021. *See* ECF No. 36. Additionally, pursuant to the Court's June 17 Notice of Motion Setting, an opposition brief to Plaintiffs' cross-motion for partial summary judgment is due July 8, 2021. *See* ECF No. 52.

3. In the interests of efficiency, Defendants plan to file a combined reply brief in support of their motion for summary judgment and opposition to Plaintiffs' cross-motion for partial summary judgment.

1

4. In order to prepare this combined brief, and because of the press of business and other litigation in early July, as well as the intervening Independence Day holiday, Defendants respectfully request an extension to file their combined brief until July 16, 2021.

5. Plaintiffs do not oppose the requested extension.

In accordance with the Local Rules of this Court, a proposed order is attached.

Dated: June 24, 2021                                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director


  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*


**CERTIFICATE OF CONFERENCE**

In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion.

  /s/ *Daniel Riess*