**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CALEB REESE *et al.*,          ) | |
|                    ) | Civil Action No. 6:20-cv-01438 |

CALEB REESE *et al.*,                    )

       Plaintiffs,            )            Civil Action No. 6:20-cv-01438

                   )

v.                                )

                   )

BUREAU OF ALCOHOL, TOBACCO,        )

FIREARMS AND EXPLOSIVES *et al.*,    )

                   )

       Defendants.            )

_____)

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion for extension of time to file combined closing merits brief, it is hereby ORDERED that Defendants' motion be, and hereby is, GRANTED.  Defendants shall a combined reply brief in support of their motion for summary judgment [ECF No. 33] and opposition brief to Plaintiffs' cross-motion for partial summary judgment [ECF No. 49] on or before July 16, 2021.

_____                    _____

Date                                Robert R. Summerhays
                                    United States District Judge