IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **BUREAU OF ALCOHOL, TOBACCO,** ) <br> **FIREARMS AND EXPLOSIVES** *et al.*, ) <br> ) <br>     **Defendants.** ) <br> _____) | **Civil Action No. 6:20-cv-01438** |

**ORDER**

Upon consideration of Defendants' unopposed motion for extension of time to file a combined closing merits brief, it is hereby ORDERED that Defendants' motion be, and hereby is, GRANTED. Defendants shall file a combined reply brief in support of their motion for summary judgment [ECF No. 32] and in opposition to Plaintiffs' cross-motion for partial summary judgment [ECF No. 49] on or before July 16, 2021.

 June 25, 2021
Date

_____
Robert R. Summerhays
United States District Judge