**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALEB REESE,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 6:20-cv-01438 |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : | |
| **FIREARMS AND EXPLOSIVES,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion for extension of time to file reply brief, it is hereby ORDERED that Plaintiffs' motion be, and hereby is, GRANTED. Plaintiffs shall file a reply brief in support of their cross-motion for partial summary judgment [ECF No. 49] on or before August 13, 2021.

_ July 21, 2021 _____
Date

_____
Robert R. Summerhays
United States District Judge