IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 6:20-cv-01438 |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** *et al.*, | : |
| Defendants. | : |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this notice of supplemental authority to advise the Court of *Jones v. Bonta*, No. 20-56174, 2022 WL 1485187 (9th Cir. May 11, 2022), attached hereto.

*Jones* held that California's general ban on 18-to-20-year-olds acquiring semiautomatic centerfire rifles likely violates the Second Amendment. While *Jones* undermines the Circuit precedent barring Plaintiffs' facial claim, that is an argument for the Fifth Circuit. *Jones* also, however, supports Plaintiffs' as-applied claim, and that is an issue open for this Court's consideration.

First, *Jones* conducted an in-depth review of the history of firearm rights to conclude that "the historical record shows that the Second Amendment protects young adults' right to keep and bear arms." *Jones* 22–30. *Jones* therefore persuasively demonstrates that Plaintiffs' as-applied claims cannot be rejected at step one of the analysis—a question that remains open in this circuit. *See* Mem. in Supp. of Pls.' Cros Mot. for Summ. J. at 13, Doc. 49-2 (June 17, 2021)("Br.").

Second, regarding the required "fit" between the challenged laws and the government's proposed justification, California proposed the same justification for its laws—that 18-to-20-year-olds commit an outsized share of violent crime—that is at issue here. *Id.* 49–50. Just as Plaintiffs

1

have argued, Pls.' Reply in Supp. of Their Cross Mot. for Summ. J. at 7–8, Doc. 59 (Aug. 13, 2021)("Reply"), the Ninth Circuit analogized the case to *Craig v. Boren*, 429 U.S. 190, 201 (1976) and found that if the regulation in *Craig* was unduly tenuous, the "fit [in *Jones*] is far more tenuous than that." *Jones* 49. This is particularly true with respect to Plaintiffs' as-applied claim on behalf of 18-to-20-year-old women. As Judge Lee explained in his *Jones* concurrence, "men almost exclusively commit violent crimes." *Id.* at 72; *see also* Br. at 18–24; Reply at 4–5.

Dated: June 1, 2022

/s/ George J. Armbruster III
George J. Armbruster III
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com

Local Counsel

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com

Raymond M. DiGuiseppe - T.A.
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone:910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Adam Kraut
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 476-2342
Email: akraut@fpclaw.org

Joseph Greenlee
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
Phone: (916) 438-9237
Email: jgr@fpclaw.org

John W. Dillon
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com

Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs*