**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CALEB REESE** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | )   **Civil Action No. 6:20-cv-01438** |
| | ) |
| **v.** | ) |
| | ) |
| **BUREAU OF ALCOHOL, TOBACCO,** | ) |
| **FIREARMS AND EXPLOSIVES** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs have filed a Notice of Supplemental Authority regarding the Ninth Circuit's

recent panel opinion in *Jones v. Bonta*, 34 F.4th 704 (9th Cir. May 11, 2022).  ECF No. 60.  As an

opinion from another Circuit, it is not binding.   Rather, as explained in prior merits briefing, the

Fifth Circuit's decision in *National Rifle Association v. Bureau of Alcohol, Tobacco, Firearms and*

*Explosives*, 700 F.3d 185 (5th Cir. 2012), controls here, and bars Plaintiffs' facial and as-applied

challenges.   And in any event, the time has not elapsed for further appellate review of the *Jones*

panel opinion.   *See* Minute Order dated May 18, 2022, *Jones v. Bonta*, No. 20-56174 (9th Cir.)

(granting extension of time to file rehearing petition).

Dated: June 1, 2022                           Respectfully submitted,


                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              LESLEY FARBY
                                              Assistant Branch Director

                                                 /s/  *Daniel Riess*
                                              DANIEL RIESS (Texas Bar No. 24037359)
                                              Trial Attorney

United States Department of Justice
Civil Division,  Federal Programs Branch
1100 L Street, N.W.
Washington,  D.C.  20005
Tel: (202) 353-3098
Fax: (202)  616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*