IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE,<br>JOSEPH GRANICH,<br>EMILY NAQUIN,<br>FIREARMS POLICY COALITION, INC,<br>THE SECOND AMENDMENT FOUNDATION,<br>and LOUISIANA SHOOTING ASSOCIATION,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES;<br>**REGINA LOMBARDO**, in her official capacity<br>as Acting Director of the Bureau of Alcohol,<br>Tobacco, Firearms and Explosives; and<br>**MERRICK GARLAND**, in his official capacity as<br>Attorney General of the United States,<br><br>    Defendants. | Civil Action No. – 6:20-cv-01438 |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Adam Kraut respectfully requests this Court's leave to withdraw from representing the Plaintiffs in this matter. George J. Armbruster III, David H. Thompson, Peter A. Patterson, William V. Bergstrom, Raymond M. DiGuiseppe, Joseph Greenlee, John Dillon, who are listed on the docket in this matter, remain counsel of record for the Plaintiffs.

Respectfully submitted,

/s/ Adam Kraut
Adam Kraut
CIVIL RIGHTS DEFENSE FIRM, P.C.
646 Lenape Road

1

          Bechtelsville, PA 19505
          Phone: (610) 329-9142
          Email: akraut@civilrightsdefensefirm.com
          Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Louisiana using the CM/ECF Electronic Filing system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished to all participants by and through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 16, 2022                              s/ Adam Kraut
                                                    Adam Kraut