# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

**CALEB REESE,**
**JOSEPH GRANICH,**
**EMILY NAQUIN,**
**FIREARMS POLICY COALITION, INC,**
**THE SECOND AMENDMENT FOUNDATION,**
**and LOUISIANA SHOOTING ASSOCIATION,**

    Plaintiffs,

v.

Civil Action No. – 6:20-cv-01438

**THE BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES;**
**REGINA LOMBARDO**, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and
**MERRICK GARLAND**, in his official capacity as Attorney General of the United States,

    Defendants.

## Order

Considering the Motion to Withdraw as Counsel of Record [Doc.64], filed by Adam Kraut,

IT IS ORDERED that the motion is GRANTED and Adam Kraut is withdrawn as counsel for plaintiffs.

SIGNED in Lafayette, Louisiana on August 17, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE