**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**CALEB REESE, ET AL.**                           **CASE NO.  6:20-CV-01438**

**VERSUS**                                                     **JUDGE ROBERT R. SUMMERHAYS**

**BUREAU OF ALCOHOL TOBACCO**          **MAGISTRATE JUDGE WHITEHURST**
**FIREARMS & EXPLOSIVES, ET AL.**

## ORDER

For the reasons set forth in the Memorandum Ruling issued this date,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment [ECF No. 49] is DENIED.

IT IS FURTHER ORDERED that Defendants' "Motion to Dismiss Plaintiffs' Amended Complaint or for Summary Judgment" [ECF No. 32] is GRANTED IN PART and DENIED IN PART. Specifically, the motion is DENIED to the extent Defendants seek dismissal pursuant to Rule 12(b)(1) for lack of jurisdiction; the motion is GRANTED to the extent Defendants seek dismissal pursuant to Rule 12(b)(6) for failure to state a claim, and this suit is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 21st day of December, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE