# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALEB REESE**, *et al.*, | : | |
| Plaintiffs, | : | Civil Action No. 6:20-cv-01438 |
| v. | : | Judge Summerhays |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | : | Magistrate Judge Whitehurst |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Caleb Reese, Louisiana Shooting Association, Emily Naquin, Second Amendment Foundation, and Firearms Policy Coalition, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order dismissing this case and denying Plaintiffs' motion for summary judgment, Doc. 67, entered on December 21, 2022.

Dated: January 10, 2023

/s/ George J. Armbruster III
George J. Armbruster III
LA Bar No. 23432
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com
Local Counsel

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9600
Fax: 202-220-9601
Email: dthompson@cooperkirk.com
*Admitted *Pro Hac Vice*

Raymond M. DiGuiseppe - T.A.*
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804

Fax: 910-672-7705
Email: law.rmd@gmail.com
*Admitted *Pro Hac Vice*

Joseph Greenlee*
FPC ACTION FOUNDATION
5550 Painted Mirage Rd, Ste 320
Las Vegas, NV 89149
Phone: (916) 517-1665
Email: jgreenlee@fpclaw.org
*Admitted *Pro Hac Vice*

John W. Dillon*
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

/s/ David H. Thompson
David H. Thompson
