IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | ) |
| | ) Civil Action No. 6:20-cv-01438 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

In accordance with the Court's Order dated May 13, 2025, *see* ECF No. 73, the parties respectfully file this joint status report.

The Fifth Circuit has reversed this Court's Rule 12(b)(6) dismissal and remanded to this Court for further proceedings consistent with its opinion. *Reese v. ATF*, 127 F.4th 583 (5th Cir. 2025). On May 13, 2025, this Court held a telephonic status conference during which the Court stayed entry of judgment until after the deadline for filing of a petition for a writ of certiorari had passed. Minutes of Status Conference, ECF No. 73.

The parties now respectfully notify the Court that Defendants have decided not to file a petition for a writ of certiorari in this case. The parties further respectfully request that they be permitted until July 31, 2025 to submit a proposed judgment for the Court's consideration, if they are able to reach agreement as to its wording, or to file separate proposed judgments, if they are unable to reach agreement.

Dated: July 1, 2025                                    Respectfully submitted,

/s/ George J. Armbruster III                           /s/ David H. Thompson
George J. Armbruster III                               David H. Thompson*
ARMBRUSTER & ASSOCIATES, APLC                          Peter A. Patterson*

1

332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com

Joseph Greenlee*
FPC ACTION FOUNDATION
5550 Painted Mirage Rd, Suite 320
Las Vegas, NV 89149
Phone: (916) 517-1665
Email: jgreenlee@nrahq.org

John W. Dillon*
DILLON LAW GROUP APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com

William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com

Raymond M. DiGuiseppe*
THE DIGUISEPPE LAW FIRM, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*