# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, ) | |
| ) | **Civil Action No. 6:20-cv-01438** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** ) | |
| **FIREARMS AND EXPLOSIVES** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully move for an extension of time until September 2, 2025, for the parties to submit a proposed judgment for the Court's consideration, if they are able to reach agreement as to its wording, or to file separate proposed judgments, if they are unable to reach agreement. In accordance of this motion, Defendants, through undersigned counsel, state the following:

1. The Court has directed the parties to submit a proposed judgment for the Court's consideration, if they can reach agreement as to its wording, or to file separate proposed judgments, if they are unable to reach agreement, on or before July 31, 2025. Order, ECF No. 75.

2. The parties are continuing to negotiate over the wording of a proposed judgment, and respectfully request additional time in which to do so.

3. Plaintiffs do not oppose the requested extension, which will not affect any other deadlines.

In accordance with the Local Rules of this Court, a proposed order is attached.

1

Dated: July 29, 2025                        Respectfully submitted,

                                  BRETT A. SHUMATE
                                  Assistant Attorney General, Civil Division

                                  ANDREW I. WARDEN
                                  Assistant Director, Federal Programs Branch


                                    /s/ *Daniel Riess*
                                  DANIEL RIESS (Texas Bar No. 24037359)
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  1100 L Street, N.W.
                                  Washington, D.C.  20005
                                  Tel: (202) 353-3098
                                  Fax: (202) 616-8460
                                  Daniel.Riess@usdoj.gov
                                  *Attorneys for Defendants*


**CERTIFICATE OF CONFERENCE**

      In accordance with the Local Rules of this Court, counsel for Defendants contacted Plaintiffs' counsel to request consent for the filing and granting of this motion. Plaintiffs' counsel informed counsel for Defendants that Plaintiffs do not oppose this motion.

                                                                          /s/ *Daniel Riess*