IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, <br><br> Defendants. | Civil Action No. 6:20-cv-01438 |

**[PROPOSED] ORDER**

Upon consideration of Defendants' unopposed motion for extension of time, it is hereby ORDERED that Defendants' motion be, and hereby is, GRANTED. On or before September 2, 2025, the parties shall submit a proposed judgment for the Court's consideration, if they are able to reach agreement, or shall file separate proposed judgments, if they are unable to reach agreement.

_____                                          _____
Date                                                                          Robert R. Summerhays
                                                                                    United States District Judge