# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*,   )<br>   )<br>      **Plaintiffs,**   )<br>   )<br>**v.**   )<br>   )<br>**BUREAU OF ALCOHOL, TOBACCO,**   )<br>**FIREARMS AND EXPLOSIVES** *et al.*,   )<br>   )<br>      **Defendants.**   )<br>_____)   | **Civil Action No. 6:20-cv-01438** |

## ORDER

Upon consideration of Defendants' unopposed motion for extension of time, it is hereby ORDERED that Defendants' motion be, and hereby is, GRANTED. On or before September 2, 2025, the parties shall submit a proposed judgment for the Court's consideration, if they are able to reach agreement, or shall file separate proposed judgments, if they are unable to reach agreement.

_July 30, 2025_  
Date

_____  
Robert R. Summerhays  
United States District Judge