IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | : <br> : <br> : |
| Plaintiffs, | : Civil Action No. 6:20-cv-01438 <br> : |
| v. | : Judge Summerhays <br> : |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** *et al.*, | : Magistrate Judge Whitehurst <br> : <br> : |
| Defendants. | : <br> : <br> : |

### PLAINTIFFS' PROPOSED JUDGMENT

Following a good faith attempt to reach agreement with the Government on proposed language for a final judgment in this case, the parties have reached an impasse. Plaintiffs therefore are submitting as an attachment to this document, pursuant to this Court's Order, Doc. 77 (July 30, 2025), a proposed final judgment for this Court's consideration. The Government's proposed judgment would deny relief to any members of the organizational plaintiffs, but the organizations' standing is predicated on their ability to get relief for their members and is well-established by Supreme Court precedent. *See Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am. v. Brock*, 477 U.S. 274, 290 (1986). Should the Court wish for briefing on this issue, Plaintiffs would be happy to provide a brief in support of their preferred judgment language.

Dated: September 2, 2025
/s/ George J. Armbruster III
George J. Armbruster III
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511

Respectfully submitted,
/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.

1

<div style="display: flex;">
<div>
Fax: 337-889-5512
Email: george@arm-assoc.com
Local Counsel
</div>
<div>
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com
*Admitted *Pro Hac Vice*

Raymond M. DiGuiseppe - T.A.*
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*Admitted *Pro Hac Vice*

Joseph Greenlee*
FPC ACTION FOUNDATION
5550 Painted Mirage Rd, Ste 320
Las Vegas, NV 89149
Phone: (916) 517-1665
Email: jgreenlee@fpclaw.org
*Admitted *Pro Hac Vice*

John W. Dillon*
DILLON LAW GROUP APC
2647 Gateway Road
Carlsbad, CA 92009
Phone: (760) 642-7150
Fax: (760) 642-7151
Email: jdillon@dillonlawgp.com
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs*
</div>
</div>