IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | : |
| Plaintiffs, | : Civil Action No. 6:20-cv-01438 |
| v. | : Judge Summerhays |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** *et al.*, | : Magistrate Judge Whitehurst |
| Defendants. | : |

## [PROPOSED] JUDGMENT

In accordance with the Fifth Circuit's decision in *Reese v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 127 F.4th 583 (5th Cir. 2025):

1. Judgment is entered for Plaintiffs on Count I of the operative complaint.

2. The Court declares that 18 U.S.C. §§ 922(b)(1) & (c)(1), their derivative regulations, and all other laws, regulations, policies, practices, and customs implementing or effectuating the same, violate the right to keep and bear arms secured by the Second Amendment to the United States Constitution by prohibiting the sale or delivery of handguns and handgun ammunition to 18-to-20-year-olds.

3. Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them and who have notice of this Judgment are hereby enjoined from enforcing these provisions to prevent the sale or delivery of handguns and/or handgun ammunition by federally licensed firearm dealers to 18-to-20-year-old members of Plaintiffs Firearms Policy Coalition, Inc., Second Amendment Foundation, and/or Louisiana Shooting Association, on account of their age.

    4.  Count II of the operative complaint is moot and dismissed without prejudice.

Date: _____             _____
                                                                              Hon. Robert R. Summerhays
                                                                              United States District Judge