IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE *et al.*,** ) | |
| ) | **Civil Action No. 6:20-cv-01438** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **BUREAU OF ALCOHOL, TOBACCO,** ) | |
| **FIREARMS AND EXPLOSIVES *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### NOTICE OF FILING PROPOSED JUDGMENT

After the Fifth Circuit remanded this case to the Court for further proceedings consistent with its opinion, *Reese v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 127 F.4th 583, 600 (5th Cir. 2025), the Court directed the parties to "submit a proposed judgment for the Court's consideration, if they are able to reach agreement, or [to] file separate proposed judgments, if they are unable to reach agreement." Order, ECF No. 77. Although the parties have met and conferred, they unfortunately have not been able to reach agreement. Defendants therefore respectfully file their separate proposed judgment and memorandum in support.

Dated: September 2, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

   /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, D.C. 20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*