IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALEB REESE *et al.*, | ) |
| | ) Civil Action No. 6:20-cv-01438 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] JUDGMENT**

In accordance with the Fifth Circuit's decision in *Reese v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 127 F.4th 583 (5th Cir. 2025):

1. Judgment is entered for Plaintiffs on Count I of the operative complaint.

2. The Court enters declaratory judgment, as described in paragraph 3 below, with respect to (A) Plaintiffs Caleb Reese, Joseph Granich, Emily Naquin; and (B) individuals who (i) were members of Plaintiffs Firearms Policy Coalition, Inc., Second Amendment Foundation, or Louisiana Shooting Association at the time this action was filed on November 6, 2020, and (ii) have been identified and verified by respective Plaintiff organizations during the course of this litigation.

3. The Court hereby declares and adjudges that 18 U.S.C. §§ 922(b)(1) and (c)(1), and their attendant regulations, are inconsistent with the Second Amendment to the United States Constitution to the extent that they prohibit the sale or delivery by licensed importers, licensed manufacturers, licensed dealers, or licensed collectors of any handgun or handgun ammunition with respect to the identified and verified persons described above in paragraph 2 of this Judgment.

4. Count II of the operative complaint is moot and dismissed without prejudice.

5. The parties shall bear their own costs and fees.

 

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE