UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CALEB REESE, ET AL.** | **CASE NO. 6:20-CV-01438** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# ORDER

Upon consideration of the Joint Motion to Alter or Amend the Judgment [ECF No. 83],

IT IS HEREBY ORDERED that the Judgment of this Court issued on October 7, 2025 [ECF No. 82] is VACATED.

The Court will set a telephone conference at its earliest opportunity to: (1) set a hearing on the Motion to Alter or Amend Judgment, and (2) set a briefing schedule, if necessary.

THUS DONE in Chambers on this 10th day of October, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE