**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:             All Counsel of Record

Issued By:      Judge Robert R. Summerhays

Re:             Caleb Reese, et al. v. Bureau of Alcohol Tobacco Firearms & Explosives, et al.
                6:20-cv-1438

Date:           October 23, 2025

**MINUTE ENTRY**

    The Court has been advised that counsel for Defendants has been placed in furlough status due to the lapse in appropriations. Accordingly, the telephone status conference set on Monday, October 27, 2025 is CONTINUED and will be reset once defense counsel has returned to his duty station.