**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To:              All Counsel of Record

Issued By:       Judge Robert R. Summerhays

Re:              Caleb Reese, et al. v. Bureau of Alcohol Tobacco Firearms & Explosives, et al.
                 6:20-cv-1438

Date:            December 5, 2025

<u>**MINUTE ENTRY**</u>

A telephone conference is **SET** on Tuesday, December 16, 2025, at 2:00 p.m. (CST). Call-in instructions will be sent to counsel via electronic mail prior to the conference.