UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | Caleb Reese, et al. v. Bureau of Alcohol Tobacco Firearms & Explosives, et al. 6:20-cv-1438 |
| Date: | December 16, 2025 |

## MINUTES OF TELEPHONE CONFERENCE

A telephone conference was held on December 16, 2025, before the Honorable Robert R. Summerhays.[1] Participating in the conference were: Peter A. Patterson and William V. Bergstrom on behalf of Plaintiffs, and Daniel Riess on behalf of Defendants.

A discussion was held regarding the language of a final judgment. The parties are to submit a new proposed judgment (or separate proposed judgments if they cannot agree as to the wording) in conformity with today's discussion on or before January 23, 2026. If necessary, the parties may submit supplemental briefs along with the proposed judgment(s).

---

[1] Statistical time—30 min.