# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| David H. Thompson<br>dthompson@cooperkirk.com | 1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | (202) 220-9600<br>Fax (202) 220-9601 |

January 23, 2026

**Via Electronic Filing**

The Honorable Robert R. Summerhays
United States District Judge
800 Lafayette St., Suite 4900
Lafayette, Louisiana 70501

      **Re:** *Reese v. The Bureau of Alcohol, Tobacco, Firearms and Explosives*, **No. 6:20-cv-01438.**

Dear Judge Summerhays,

    The parties are submitting, attached to this letter, a joint proposed judgment in the above captioned matter. The parties have prepared the judgment to conform to the Court's specifications outlined during the telephone conference held on December 16, 2025. The parties respectfully reserve all appeal rights, including the right to challenge the proposed judgment on appeal to the extent that it deviates from their initial proposed judgments. *See* Doc. 78-1 (Sept. 2, 2025); Doc. 79-1 (Sept. 2, 2025).

    For example, and without limitation, in line with their briefing on this issue, Plaintiffs do not agree that the remedy should be limited to individuals who are members of the organizational plaintiffs as of the date of entry of the judgment or that the remedy should be limited to members within the geographic bounds of the Fifth Circuit.

                                                   Sincerely,

                                                   <u>s/ David H. Thompson</u>
                                                   David H. Thompson
                                                   COOPER & KIRK PLLC
                                                   1523 New Hampshire Ave., N.W.
                                                   Washington, DC 20036
                                                   dthompson@cooperkirk.com
                                                   Tel: (202) 220-9600
                                                   Fax: (202) 220-9601
                                                   *Attorney for Plaintiffs*

cc: All counsel via CM/ECF