IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALEB REESE** *et al.*, | : |
| Plaintiffs, | : Civil Action No. 6:20-cv-01438 |
| v. | : Judge Summerhays |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** *et al.*, | : Magistrate Judge Whitehurst |
| Defendants. | : |

## JUDGMENT

In accordance with the Fifth Circuit's decision in *Reese v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 127 F.4th 583 (5th Cir. 2025) and this Court's December 16, 2025 telephonic status conference:

1. Judgment is entered for Plaintiffs on Count I of the operative complaint.

2. The Court hereby declares that 18 U.S.C. §§ 922(b)(1) and (c)(1), and their attendant regulations, are unconstitutional and violate the Second Amendment to the United States Constitution to the extent that those provisions prevent the sale or delivery of handguns and/or handgun ammunition to 18-to-20-year-olds on account of their age.

3. The Court therefore enjoins Defendants the Bureau of Alcohol, Tobacco, Firearms and Explosives, its Director, and the Attorney General of the United States, as well as their officers, agents, servants, employees, and all persons in active concert with them and who have actual notice of this Judgment from enforcing within the jurisdictional boundaries of the United States Court of Appeals for the Fifth Circuit (*i.e.*, Mississippi, Louisiana, and Texas), the provisions referenced in paragraph 2 against the Plaintiffs to this action or

anyone who is a member of one or more of the Plaintiffs as of the date of entry of this judgment.

4. Count II of the operative complaint is dismissed without prejudice as moot.

5. The parties shall bear their own costs and fees.

THUS DONE in Chambers on this 27th day of January, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE