**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALEB REESE, *et al.*,** | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No. 6:20-cv-01438** |
| | : | |
| v. | : | **Judge Summerhays** |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : | **Magistrate Judge Whitehurst** |
| **FIREARMS AND EXPLOSIVES, *et al.*,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Louisiana Shooting Association, Second Amendment Foundation, and Firearms Policy Coalition, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Judgment, Doc. 90, entered on January 27, 2026.

Dated:  March 17, 2026                                   Respectfully submitted,

/s/ George J. Armbruster III                        /s/ David H. Thompson
George J. Armbruster III                              David H. Thompson*
LA Bar No. 23432                                         Peter A. Patterson*
Armbruster & Associates, APLC                  William V. Bergstrom*
332 E. Farrel Road, Suite D                          COOPER & KIRK, PLLC
Lafayette, LA 70508                                     1523 New Hampshire Ave., N.W.
Phone: 337-889-5511                                   Washington, DC 20036
Fax: 337-889-5512                                        Telephone: (202) 220-9600
Email: george@arm-assoc.com                  Email: dthompson@cooperkirk.com
Local Counsel                                              *Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

/s/ David H. Thompson
David H. Thompson